UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDRA N. TAYLOR, | ) | CASE NO. 5:22-cv-1224 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET M. BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| HUNTER WARFIELD, INC., *et al*. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

On August 4, 2022, a Notice of Settlement (Doc. No. 7) was filed by Plaintiff Alexandra N. Taylor notifying the Court that the parties have reached a settlement. Therefore, the docket shall be marked "dismissed without prejudice."

On or before October 3, 2022, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order. The Court will retain jurisdiction to enforce the parties' settlement agreement.

**IT IS SO ORDERED.**

Date: August 8, 2022

_____
BRIDGET M. BRENNAN
UNITED STATES DISTRICT JUDGE